UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VERON CHRIS BAILEY                                    CIVIL ACTION

VERSUS                                                 NUMBER: 17-1131

LEON JAMES, ET AL.                                     SECTION: "N"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 28, 2017 (Rec. Doc. No. 13), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 12th day of May, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE